George ROSQUIST, Plaintiff–Appellant,

v.

NYU MEDICAL CENTER, New York State Department of Labor, Division of Labor, and, Howard Eder, Individually, Thomas Malloy, Individually, Defendants–Appellees.

No. 00–9018.

United States Court of Appeals,
Second Circuit.

April 30, 2001.

George Rosquist, Staten Island, NY, for appellant.

Richard G. Tuttle, Philadelphia, PA, Kolansky & Strauss, P.C., for appellee New York University Medical Center.

David J. Fried, New York, NY; Eliot Spitzer, Attorney General, State of New York Office of the Attorney General, on the brief, for appellee New York State Department of labor and Individual Appellees.

Present JACOBS, PARKER and KATZMANN, Circuit Judges.

### SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be, and it hereby is, AFFIRMED.

George Rosquist, *pro se*, appeals Judge Berman's June 28, 2000 order adopting in full Magistrate Judge Dolinger's report and recommendation, and dismissing Rosquist's complaint as to all defendants. We affirm for substantially the reasons stated in Magistrate Judge Dolinger's report and recommendation and the district court's order adopting the report and recommendation in its entirety.